Michael W. Malter (SBN 96522)
Julie H. Rome-Banks (SBN 142364)
Kristina A. Parson (SBN 257840)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Michael@bindermalter.com
Email: Julie@bindermalter.com
Email: Kristina@bindermalter.com

Proposed Attorneys for Debtor and Debtor-in-Possession
PACIFIC STEEL CASTING COMPANY

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFONRIA, OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No.: 14-41045-RLE |
| PACIFIC STEEL CASTING COMPANY, a California corporation, | Chapter 11 |
| Debtor. | |

## APPLICATION FOR APPOINTMENT OF RESPONSIBLE INDIVIDUAL

The Application of PACIFIC STEEL CASTING COMPANY (hereinafter the "Debtor"), respectfully represents:

1.  On March 10, 2014, the Debtor filed a Voluntary Petition under Chapter 11 of Title 11, United States Code in the United States Bankruptcy Court for the Northern District of California.

2.  Pursuant to Bankruptcy Local Rule 4002-1, the Debtor wishes to appoint Chuck Bridges, Vice President and Chief Financial Officer of the Debtor, whose business address is 1333 Second Street, Berkeley, California, 94710, telephone number (510)-525-9200, as the

APPLICATION FOR APPOINTMENT OF RESPONSIBLE INDIVIDUAL Page 1

natural person to be responsible for the duties and obligations of the Debtor during the pendency of this Chapter 11 case.

3. No trustee has been appointed in this bankruptcy proceeding at this time.

WHEREFORE, Debtor requests that Chuck Bridges, Vice President and Chief Financial Officer of the Debtor herein, be appointed the natural person to be responsible for the duties and obligations of the Debtor during the pendency of this Chapter 11 case.

Dated: March 10 2014                     BINDER & MALTER, LLP

By:   /s/ Kristina A. Parson
      Kristina A. Parson
      Proposed attorneys for Debtor and Debtor-in-Possession PACIFIC STEEL CASTING COMPANY

F:\DATAFILES\Clients\Pacific Steel Casting Co\Pleading\First Day Motions\Responsible Individual\PSCC - Application for Responsible Individual.doc