Richard A. Lapping (SBN: 107496)
Law Office of Richard A. Lapping
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 399-1015
Facsimile: (415) 399-1038
Richard@LappingLegal.com

Attorney for Creditor CMTA – Glass, Molders,
Pottery, Plastics & Allied Workers (Local 164B)
Pension Trust

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>PACIFIC STEEL CASTING COMPANY, a California corporation,<br><br>        Debtor. | **Case No. 14-41045 RLE**<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that CMTA − Glass, Molders, Pottery, Plastics & Allied Workers (Local 164B) Pension Trust (the "<u>CMTA – Molders Pension Trust</u>") hereby appears through its above-named attorney and requests that all notices given or required to be served in this case be given to it and served on it at the following address:

    Richard A. Lapping
    Law Office of Richard A. Lapping
    540 Pacific Avenue
    San Francisco, CA 94133
    EMAIL: Richard@LappingLegal.com

PLEASE TAKE FURTHER NOTICE that this request includes notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which affects or seeks to affect in any way the interest of the debtor or the rights or interests of any creditor.

PLEASE TAKE FURTHER NOTICE that CMTA – Molders Pension Trust consents to and hereby requests service by electronic mail but reserves the right to request service of voluminous documents in tangible form by regular mail or courier.

This Notice of Appearance and Request for Notice is without prejudice to and is not intended as a waiver of any procedural or substantive rights of CMTA – Molders Pension Trust, all of which are hereby reserved.

Dated: March 11, 2014         LAW OFFICE OF RICHARD A. LAPPING

By: /s/ Richard A. Lapping
    Richard A. Lapping
    Attorney for CMTA – Glass, Molders,
    Pottery, Plastics & Allied Workers (Local 164B)
    Pension Trust