MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

LAW OFFICES OF TIMOTHY P. RUMBERGER
TIMOTHY P. RUMBERGER (SBN 145984)
1339 Bay Street
Alameda, CA 94704-1313
Telephone: (510) 841-5500
Facsimile: (510) 521-9700

Attorneys for Creditor
ROBERTO RODRIGUEZ,
Representative Plaintiff

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>PACIFIC STEEL CASTING COMPANY, a California corporation,<br><br>　　　　　Debtor. | Case No. 14-41045-RLE<br><br>Chapter 11 |
| In Re:<br><br>BERKELEY PROPERTIES, LLC, a California limited liability company,<br><br>　　　　　Debtor. | Case No. 14-41048-WJL<br><br>Chapter 11<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE |

PLEASE TAKE NOTICE THAT Iain A. Macdonald of Macdonald | Fernandez LLP and Timothy P. Rumberger of the Law Offices of Timothy P. Rumberger, hereby enter their appearances as counsel for creditor Roberto Rodriguez, Representative Plaintiff, in the matter of *Roberto Rodriguez, individually, and on behalf of all others similarly situated, plaintiffs, vs. Pacific Steel Casting Company and DOES 1 to XX, Defendants*, pending in the Alameda County Superior Court,

1

Case No. RG11 69595, and requests that all notices given or required to be given and all papers served or required to be served in this case including, in accordance with Rules 2002(a)(2), (3), and (7), and 9007 of the Bankruptcy Rules, and Sections 102(1), and 342(a), and 1009(b) of the Bankruptcy Code, be provided to and served upon its counsel at the following address and telephone number:

>Iain A. Macdonald, Esq.
>Macdonald | Fernandez LLP
>221 Sansome Street, Third Floor
>San Francisco, CA 94104-2323
>Telephone: (415) 362-0449
>Facsimile: (415) 394-5544
>Email: iain@macfern.com
>
>Timothy P. Rumberger, Esq.
>Law Offices of Timothy P. Rumberger
>2161 Shattuck Avenue, Suite 200
>Berkeley, California 94704
>Telephone: 510-841-5500
>Facsimile: 510-521-9700
>Email: tim@rumbergerlaw.com

Dated: March 12, 2014          MACDONALD | FERNANDEZ LLP
                               LAW OFFICES OF TIMOTHY P. RUMBERGER


                               By:  /s/ Iain A. Macdonald
                                    Iain A. Macdonald, Attorneys for
                                    Creditor Roberto Rodriguez,
                                    Representative Plaintiff

2