Entered on Docket
March 13, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed March 12, 2014

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

MICHAEL W. MALTER, #96533
JULIE H. ROME-BANKS, #142364
WENDY W. SMITH, #133887
KRISTINA A. PARSON, #257840
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: michael@bindermalter.com
Email: julie@bindermalter.com
Email: wendy@bindermalter.com
Email: kristina@bindermalter.com

Proposed Attorneys for Debtors and Debtors-in-Possession
PACIFIC STEEL CASTING COMPANY and
BERKELEY PROPERTIES, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC STEEL CASTING COMPANY,<br>a California corporation,<br><br>Debtor. | Case No. 14-41045-RLE<br><br>Chapter 11<br><br>(Motion for Joint Administration Pending) |
| In re<br><br>BERKELEY PROPERTIES, LLC, a<br>California limited liability company,<br><br>Debtor. | Case No. 14-41048-RLE<br><br>Chapter 11 |

**ORDER GRANTING
EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON
MOTION AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING
AND GRANTING SECURITY INTERESTS AND SUPERPRIORITY
ADMINISTRATIVE EXPENSE STATUS PURSUANT TO 11 U.S.C. §§105, 364(c), 364(d)
and 507(b), MODIFYING AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362 AND
<u>GRANTING RELATED RELIEF</u>**

The EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING

ON MOTION AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING

AND GRANTING SECURITY INTERESTS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS PURSUANT TO 11 U.S.C. §§105, 364(c), 364(d) and 507(b), MODIFYING AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362 AND GRANTING RELATED RELIEF ("Application") of the Debtors and Debtors-in-Possession, Pacific Steel Casting Company ("PSC") and related Debtor Berkeley Properties, Inc. ("BP", together the "Debtors") having been filed and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Application is approved.

2. Good and sufficient notice of the hearing on the Debtors' MOTION AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING AND GRANTING SECURITY INTERESTS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS PURSUANT TO 11 U.S.C. §§105, 364(c), 364(d) and 507(b), MODIFYING AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362 AND GRANTING RELATED RELIEF to be held on April 2, 2014 at 2:00 p.m. shall be deemed given if served on March 12, 2014 by email, overnight delivery or first class mail upon the 20 largest unsecured creditors, secured creditors (including Crane Tech, Inc.), parties requesting special notice, the U.S. Trustee, the Union, and required governmental agencies.

3. Objections to the Motion shall be filed with the Court not later than March 26, 2014.

4. In the event an objection is filed, the Debtors, Siena and/or any statutorily appointed committee may file a reply with the Court not later than March 31, 2014.

**END OF ORDER**

ORDER DECLARATION OF JULIE H. ROME-BANKS IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING PAGE 2

Case: 14-41045    Doc# 39    Filed: 03/12/14    Entered: 03/13/14 11:27:32    Page 2 of 3

Court Service List

1. None.

ORDER DECLARATION OF JULIE H. ROME-BANKS IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING    PAGE 3

Case: 14-41045    Doc# 39    Filed: 03/12/14    Entered: 03/13/14 11:27:32    Page 3 of 3