B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **Pacific Steel Casting Company**     Debtor(s)     Case No. **14-41045-RLE**     Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AIRGAS USA LLC<br>PO BOX 7423<br>PASADENA, CA 91109-7423 | AIRGAS USA LLC<br>PO BOX 7423<br>PASADENA, CA 91109-7423<br>909-987-6295 | Trade debt | | 144,959.72 |
| CMTA - GLASS, MOLDERS, POTTERY, etc.<br>PENSION TRUST (LOCAL 164B)<br>c/o Assoc. Third Party Administrators<br>1640 South Loop Road<br>Alameda, CA 94502 | CMTA - GLASS, MOLDERS, POTTERY, etc.<br>PENSION TRUST (LOCAL 164B)<br>c/o Assoc. Third Party Administrators<br>Alameda, CA 94502 | Contingent withdrawal liabililty claims (calculated through June 30, 2013). | Contingent Unliquidated | 27,756,684.00 |
| CRANE TECH INC<br>3540 E. CARPENTER ROAD<br>STOCKTON, CA 95215 | Angela Darling<br>CRANE TECH INC<br>3540 E. CARPENTER ROAD<br>STOCKTON, CA 95215<br>209-824-4500 | Trade debt | | 154,595.99 |
| CRANE TECH INC.<br>3540 E. CARPENTER RD<br>STOCKTON, CA 95215 | Angela Darling<br>CRANE TECH INC.<br>3540 E. CARPENTER RD<br>STOCKTON, CA 95215<br>209-824-4500 | Trade debt | Disputed | 282,551.81<br><br>(0.00 secured) |
| ECKMAN INDUSTRIES INC.<br>PO BOX  1188<br>GENOA, NV 89411-1188 | ECKMAN INDUSTRIES INC.<br>98 Cygnet Drive<br>Carson City, NV 89706<br>775-246-1141 | Trade debt | | 419,281.20 |
| HICKMAN WILLIAMS & CO<br>8838 CALABASH AVENUE<br>FONTANA, CA 92335 | HICKMAN WILLIAMS & CO<br>8838 CALABASH AVENUE<br>FONTANA, CA 92335<br>909-822-5591 | Trade debt | | 138,779.80 |
| MONTEREY MECHANICAL<br>8275 SAN LEANDRO STREET<br>OAKLAND, CA 94621 | MONTEREY MECHANICAL<br>8275 SAN LEANDRO STREET<br>OAKLAND, CA 94621<br>510-632-3173 | Trade debt | | 176,993.72 |

B4 (Official Form 4) (12/07) - Cont.

In re **Pacific Steel Casting Company** Case No. **14-41045-RLE**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **NINGBO DAMING PRECISION CASTING CO. HEHUA BRIDGE INDUSTRIAL DISTRICT YUNLONG TOWN YIN COUNTY NINGBO P.R., CHINA 00031-5135** | **NINGBO DAMING PRECISION CASTING CO. HEHUA BRIDGE INDUSTRIAL DISTRICT YUNLONG TOWN YIN COUNTY NINGBO P.R., CHINA 00031-5135 86-574-88345377** | Trade debt | | 463,729.27 |
| **NINGBO WORLD-LINK INTERNATIONAL CORPORATION LIMITED H.K. Room L-1 Building Floor A-8 Ningbo CHINA 31500** | **NINGBO WORLD-LINK INTERNATIONAL CORPORATION LIMITED H.K. Room L-1 Building Floor A-8 CHINA 31500** | Trade debt | | 300,633.88 |
| **PACCAR INC. P.O. BOX 95003 BELLEVUE, WA 98009** | **PACCAR INC. P.O. BOX 95003 BELLEVUE, WA 98009 425-468-7400** | Trade debt | | 840,688.00 |
| **PACIFIC GAS AND ELECTRIC CO. P. O. BOX 997300 SACRAMENTO, CA 95899-7300** | **PACIFIC GAS AND ELECTRIC CO. P. O. BOX 997300 SACRAMENTO, CA 95899-7300** | Trade debt | | 369,413.42 |
| **PORTER WARNER INDUSTRIES PO BOX 2159 CHATTANOOGA, TN 37409** | **PORTER WARNER INDUSTRIES PO BOX 2159 CHATTANOOGA, TN 37409 423-266-4735** | Trade debt | | 433,322.93 |
| **PRAXAIR DISTRIBUTION INC ATTENTION: RODRIGO ROSA 1950 LOVERIDGED ROAD PITTSBURG, CA 94565** | **PRAXAIR DISTRIBUTION INC ATTENTION: RODRIGO ROSA 1950 LOVERIDGED ROAD PITTSBURG, CA 94565 925-439-0578** | Trade debt | | 149,671.76 |
| **PROFESSIONAL FINISHING PO BOX 742038 LOS ANGELES, CA 90074-2038** | **PROFESSIONAL FINISHING PO BOX 742038 LOS ANGELES, CA 90074-2038** | Trade debt | | 126,077.81 |
| **PYRO MINERALS 2510 WOOD STREET OAKLAND, CA 94607** | **PYRO MINERALS 2510 WOOD STREET OAKLAND, CA 94607 510-839-3900** | Trade debt | | 539,167.73 |
| **S.L. FUSCO INC. P.O. BOX 5924 COMPTON, CA 90224** | **S.L. FUSCO INC. P.O. BOX 5924 COMPTON, CA 90224 310-868-1010** | Trade debt | | 193,591.74 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| SENTRY INSURANCE<br>1800 NORTH POINT DRIVE<br>P. O. BOX 88372<br>MILWAUKEE, WI 53288-0372 | SENTRY INSURANCE<br>1800 NORTH POINT DRIVE<br>P. O. BOX 88372<br>MILWAUKEE, WI 53288-0372<br>1-800-373-6879 | Trade debt | | 882,775.19 |
| TIMOTHY P. RUMBERGER, ESQ.<br>LAW OFFICES OF TIMOTHY P. RUMBREGER<br>1339 BAY STREET<br>ALAMEDA, CA 94501 | TIMOTHY P. RUMBERGER, ESQ.<br>LAW OFFICES OF TIMOTHY P. RUMBREGER<br>1339 BAY STREET<br>ALAMEDA, CA 94501<br>510-841-5501 | Pending settlement of class action styled as Rodriguez et al. v. Pacific Steel Casting Co. Claim is listed as contingent due to requirement of Superi | Contingent | 5,400,000.00 |
| U.S. Department of Homeland Security<br>Connie M. Cheung, Asst. Chief Counsel<br>Office of the Chief Counsel<br>120 Montgomery Street, Suite 200<br>San Francisco, CA 94104 | U.S. Department of Homeland Security<br>Connie M. Cheung, Asst. Chief Counsel<br>Office of the Chief Counsel<br>San Francisco, CA 94104<br>202-345-7778 | US Department of Homeland Security action. | | 401,255.25 |
| UNIVERSAL SERVICE RECYCLING LLC<br>3200 SOUTH EL DORADO STREET<br>STOCKTON, CA 95206 | UNIVERSAL SERVICE RECYCLING LLC<br>3200 SOUTH EL DORADO STREET<br>STOCKTON, CA 95206<br>209-944-9555 | Trade debt | | 181,566.19 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer and Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **March 18, 2014**     Signature **/s/ Charles H. Bridges, Jr.**
                                             **Charles H. Bridges, Jr.**
                                             **Chief Financial Officer and Director**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.