TRACY HOPE DAVIS
U.S. Trustee for Region 17
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
Email:       Maggie.McGee@usdoj.gov
Telephone:   (510) 637-3200
By:     BARBARA A. MATTHEWS (SBN 195084)
        Assistant U.S. Trustee
        MARGARET H. MCGEE (SBN 142722)
        Trial Attorney

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:

PACIFIC STEEL CASTING COMPANY,

             Debtor.

In re:

BERKELEY PROPERTIES, LLC, a
California corporation,

             Debtor.

Case No. 14-41045 RLE
Case No. 14-41048 RLE

Chapter 11

Case Jointly Administered

**APPOINTMENT OF THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors in the above captioned case:

//

//

14-41045, Appointment of Creditor Committee - 1

1. **Roberto Rodrigues**—Representative for Class Action Plaintiff
   Timothy Rumberger, Counsel
   2161 Shattuck Avenue, #233
   Berkeley, CA 94704

2. **Patricia Eckman, CFO**
   Eckman Industries
   P.O. Box 1188
   Genoa, NV 89411

3. **Terry Caughell, President**
   Pyro Minerals Inc.
   2510 Wood Street
   Oakland, CA 94607

4. **Jennifer Arndt, CFO**
   S.L. Fusco, Inc.
   P.O. Box 5924
   Compton, CA 90224

5. **Milton C. Burleson, CEO**
   Monterey Mechanical Co.
   8275 San Leandro Street
   Oakland, CA 94621

6. **David Garvey, VP Finance**
   Porter Warner Industries, LLC
   P.O. Box 2159
   Chattanooga, TN 37409

7. **Dawn White, CEO**
   Professional Finishing, Inc.
   770 Market Avenue
   Richmond, CA 94801

Dated: March 21, 2014

      TRACY HOPE DAVIS
      UNITED STATES TRUSTEE, REGION 17

    By:  */s/Margaret H. McGee /*
      MARGARET H. MCGEE
      Trial Attorney, Oakland Division