B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of California

In re  **Pacific Steel Casting Company**,
Debtor

Case No. **14-41045-RLE**

Chapter **11**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 36,533,644.49 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 4,702,528.63 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 990,001.98 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 41,695,727.41 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 15 | | | |
| | | Total Assets | 36,533,644.49 | | |
| | | | Total Liabilities | 47,388,258.02 | |

# United States Bankruptcy Court
## Northern District of California

In re  **Pacific Steel Casting Company**                                  ,        Case No. __14-41045-RLE__

Debtor

Chapter __11__

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re **Pacific Steel Casting Company** , Case No. **14-41045-RLE**

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Amaya, Julio C.**<br>**7621 Holly Street**<br>**Oakland, CA 94621-2759** | | - | **Class claims for alleged violations of California law regarding wages and hours** | | X | | **Unknown** |
| Account No.<br><br>**American Brass & Iron #00440**<br>**c/o Nancy Tavares**<br>**7825 San Leandro Street**<br>**Oakland, CA 94621** | | - | **For notice purposes only, members of multi-employer pension trust.** | | | | **0.00** |
| Account No.<br><br>**CA Castings, Inc. #00800**<br>**530 South 11th Street**<br>**Richmond, CA 94804** | | - | **For notice purposes only, members of multi-employer pension trust.** | | | | **0.00** |
| Account No.<br><br>**Campos, Jose Luis**<br>**610 E D Street**<br>**Oakdale, CA 95361-3114** | | - | **Class claims for alleged violations of California law regarding wages and hours** | | X | | **Unknown** |

__3__ continuation sheets attached

Subtotal (Total of this page) **0.00**

Case: 14-41045  Doc# 95  Filed: 03/26/14  Entered: 03/26/14 11:00:35  Page 3 of 11

B6F (Official Form 6F) (12/07) - Cont.

In re **Pacific Steel Casting Company**, Case No. **14-41045-RLE**
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Cast Aluminum & Brass Corp. #02800<br>667 Whitney Street<br>San Leandro, CA 94577 | | - | For notice purposes only, members of multi-employer pension trust. | | | | 0.00 |
| Account No.<br><br>Cota Games, Tomas<br>1642 89th Avenue<br>Oakland, CA 94621-1018 | | - | Class claims for alleged violations of California law regarding wages and hours | X | | | Unknown |
| Account No.<br><br>East Bay Brass Foundry, Inc. #01100<br>1200 Chesley Avenue<br>Oakland, CA 94601-2191 | | - | For notice purposes only, members of multi-employer pension trust. | | | | 0.00 |
| Account No.<br><br>General Foundry Serv. Corp. #01500<br>1390 Business Center Place<br>San Leandro, CA 94577 | | - | For notice purposes only, members of multi-employer pension trust. | | | | 0.00 |
| Account No.<br><br>GMPP & Allied Workers Local 164B #08200<br>8140 Baldwin Street<br>Oakland, CA 94621 | | - | For notice purposes only, members of multi-employer pension trust. | | | | 0.00 |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Pacific Steel Casting Company**, Case No. **14-41045-RLE**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Kearney Pattern Works & Foundry #01700**<br>**40 South Montgomery Street**<br>**San Jose, CA 95110** | | - | For notice purposes only, members of multi-employer pension trust. | | | | 0.00 |
| Account No.<br>**Mottram, Michael W.**<br>**36906 Cherry St., Apt. 148**<br>**Newark, CA 94560-3761** | | - | Class claims for alleged violations of California law regarding wages and hours | X | | | Unknown |
| Account No.<br>**Production Pattern & Foundry #03000**<br>**P. O. Box 22360**<br>**Ten PPF Way**<br>**Carson City, NV 89721-2360** | | - | For notice purposes only, members of multi-employer pension trust. | | | | 0.00 |
| Account No.<br>**Ridge Cast Metals Corp. #03300**<br>**1554 Doolittle Drive**<br>**San Leandro, CA 94577** | | - | For notice purposes only, members of multi-employer pension trust. | | | | 0.00 |
| Account No.<br>**Romero, Jose Luis**<br>**2215 Dover Avenue #A**<br>**San Pablo, CA 94806-4445** | | - | Class claims for alleged violations of California law regarding wages and hours | X | | | Unknown |

Sheet no. **2** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    0.00

In re **Pacific Steel Casting Company**, Case No. **14-41045-RLE**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Saelee, Sun Fou<br>2950 Oxford Avenue<br>San Pablo, CA 94806-2619 | | - | Class claims for alleged violations of California law regarding wages and hours | X | | | Unknown |
| Account No.<br><br>Terminal Brass & Aluminum #04100<br>434 Victory Avenue<br>South San Francisco, CA 94080 | | - | For notice purposes only, members of multi-employer pension trust. | | | | 0.00 |
| Account No.<br><br>Valley Pattern & MFG #0700000<br>1115 E. Jackson Street<br>Stockton, CA 95205 | | - | For notice purposes only, members of multi-employer pension trust. | | | | 0.00 |
| Account No.<br><br>Velasquez Jr., Wilson<br>1113 Davy Court<br>Modesto, CA 95351-2192 | | - | Class claims for alleged violations of California law regarding wages and hours | X | | | Unknown |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

Total (Report on Summary of Schedules) **0.00**

# United States Bankruptcy Court
## Northern District of California

In re  **Pacific Steel Casting Company**  Case No. **14-41045-RLE**
Debtor(s)  Chapter **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer and Director of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __6__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 25, 2014**  Signature  /s/ Charles H. Bridges, Jr.
**Charles H. Bridges, Jr.**
**Chief Financial Officer and Director**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re  **Pacific Steel Casting Company**  
Debtor(s)

Case No. **14-41045-RLE**  
Chapter **11**

## CREDITOR MATRIX COVER SHEET - AMENDED

      I declare that the attached Creditor Mailing Matrix, consisting of **3** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **March 26, 2014**

**/s/ Michael W. Malter**  
Signature of Attorney  
**Michael W. Malter #96533**  
**Binder & Malter, LLP**  
**2775 Park Avenue**  
**Santa Clara, CA 95050**  
**(408) 295-1700   Fax: (408) 295-1531**

Amaya, Julio C.
7621 Holly Street
Oakland, CA 94621-2759


American Brass & Iron #00440
c/o Nancy Tavares
7825 San Leandro Street
Oakland, CA 94621


CA Castings, Inc. #00800
530 South 11th Street
Richmond, CA 94804


Campos, Jose Luis
610 E D Street
Oakdale, CA 95361-3114


Cast Aluminum & Brass Corp. #02800
667 Whitney Street
San Leandro, CA 94577


Cota Games, Tomas
1642 89th Avenue
Oakland, CA 94621-1018


East Bay Brass Foundry, Inc. #01100
1200 Chesley Avenue
Oakland, CA 94601-2191


General Foundry Serv. Corp. #01500
1390 Business Center Place
San Leandro, CA 94577

GMPP & Allied Workers Local 164B #08200
8140 Baldwin Street
Oakland, CA 94621


Kearney Pattern Works & Foundry #01700
40 South Montgomery Street
San Jose, CA 95110


Mottram, Michael W.
36906 Cherry St., Apt. 148
Newark, CA 94560-3761


Production Pattern & Foundry #03000
P. O. Box 22360
Ten PPF Way
Carson City, NV 89721-2360


Ridge Cast Metals Corp. #03300
1554 Doolittle Drive
San Leandro, CA 94577


Romero, Jose Luis
2215 Dover Avenue #A
San Pablo, CA 94806-4445


Saelee, Sun Fou
2950 Oxford Avenue
San Pablo, CA 94806-2619


Terminal Brass & Aluminum #04100
434 Victory Avenue
South San Francisco, CA 94080

Valley Pattern & MFG #0700000
1115 E. Jackson Street
Stockton, CA 95205


Velasquez Jr., Wilson
1113 Davy Court
Modesto, CA 95351-2192