TRACY HOPE DAVIS
U.S. Trustee for Region 17
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
Email:        Maggie.McGee@usdoj.gov
Telephone:    (510) 637-3200
By:    BARBARA A. MATTHEWS (SBN 195084)
       Assistant U.S. Trustee
       MARGARET H. MCGEE (SBN 142722)
       Trial Attorney

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

PACIFIC STEEL CASTING COMPANY,
a California corporation,

                    Debtor.

In re:
BERKELEY PROPERTIES, LLC, a
California Limited Liability corporation,

                    Debtor.

Case No. 14-41045 RLE
Case No. 14-41048 RLE

Chapter 11

Cases Jointly Administered

## UNITED STATES TRUSTEE'S OBJECTION TO APPLICATION TO APPOINT BURR PILGER MAYER AS FINANCIAL CONSULTANTS TO DEBTORS AS OF MARCH 10, 2014

Tracy Hope Davis, the United States Trustee for Region 17 ("U.S. Trustee"), objects to

the "Application To Appoint Burr Pilger Mayer as Financial Consultants To Debtors As of

March 10, 2014," ("Accountant Application") for the reasons set forth below:

14-41045, U.S. Trustee Objection to Employment - Burr - 1

1. Attached as Exhibit B to the Accountant Application is the employment agreement dated February 11, 2014 ("Fee Agreement"). Paragraph 3 of the Fee Agreement provides that Accountant Applicant intends to charge $55-65 per hour for Administrative work.

2. Guideline 18 of the United States Bankruptcy Court, Northern District of California Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees ("Guideline(s)"), published on the United States Bankruptcy Court for the Northern District of California's website provides that administrative task are not compensable.

3. Paragraph 3 of the Fee Agreement provides that Accountant Applicant intends to charge 5% of their fees for indirect expenses such as telephone, fax and postage, photocopy, and technology services. Guidelines 20, 24 and 29 provides that cost must be billed at "actual costs." Guideline 27 provides that internal photocopying must be disclosed on an aggregate and per page basis that must not exceed 20 cents per page, without demonstrating to the Court that the actual cost exceeds more than 20 cents per page. Charging a percentage of the fees is not permitted and Accountant Applicant must comply with the Guidelines.

4. Debtors' Certificate of Service states that the proposed order authorizing Burr Pilger Mayer's employment was served on the U.S. Trustee, but as of the filing of this objection, the U.S. Trustee has not received said proposed order. In order to complete her review of Burr Pilger Mayer's Accountant Application, she will need to review the proposed order.

5. The Fee Agreement contains an arbitration clause which usurps the Court's authority over the Fee Agreement and therefore should be stricken or waived.

6. The Fee Agreement indicates that fees will be paid on a monthly basis. This provision violates the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the Guidelines and therefore should be stricken or waived.

WHEREFORE, the U.S. Trustee requests that Debtors' Accountant Application to employ Burr Pilger Mayer in its present form not be approved. The U.S. Trustee also requests that the Court provide such other and further relief as the Court deems just and proper.

Dated: March 31, 2014

TRACY HOPE DAVIS
UNITED STATE TRUSTEE

  /s/Margaret H. McGee          /
MARGARET H. MCGEE
Trial Attorney
Office of the U.S. Trustee, Oakland Division