Michael W. Malter (SBN 96522)
Julie H. Rome-Banks (SBN 142364)
BINDER & MALTER, LLP
Kristina A. Parson (SBN 257840)
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Michael@bindermalter.com
Email: Julie@bindermalter.com
Email: Kristina@bindermalter.com

The following constitutes
the order of the court. Signed April 1, 2014

Roger L. Efremsky
U.S. Bankruptcy Judge

Proposed Attorneys for Debtors and Debtors-in-Possession
PACIFIC STEEL CASTING COMPANY and
BERKELEY PROPERTIES, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC STEEL CASTING COMPANY,<br>a California corporation,<br><br>        Debtor. | Case No. 14-41045-RLE<br>Case No. 14-41048-RLE<br><br>Chapter 11<br><br>Cases Jointly Administered |
| In re<br><br>BERKELEY PROPERTIES, LLC, a<br>California limited liability company,<br><br>        Debtor. | |

## ORDER FOR APPOINTMENT OF ATTORNEY FOR DEBTOR

Upon the application of Pacific Steel Casting Company, the Debtor herein, requesting

authorization to employ the law offices of Binder & Malter, LLP whose address is 2775 Park

Avenue, Santa Clara, California 95050, as chapter 11 bankruptcy counsel; the opposition of the

U.S. Trustee having been resolved pursuant to this agreed order; and good cause appearing,

IT IS HEREBY ORDERED that:

ORDER FOR APPOINTMENT OF ATTORNEY FOR DEBTOR

Case: 14-41045   Doc# 108   Filed: 04/01/14   Entered: 04/01/14 16:25:33   Page 1 of
3

1.      Binder & Malter LLP shall be appointed as the attorney of record to represent the Debtor in the performance of all legal services which have been heretofore rendered and which may be necessary to render during the pendency of these proceedings.

2.      Paragraphs 8, 9, 14 and 15 of the Attorney-Client Fee Agreement are hereby stricken.

3.      Paragraph 5 regarding a security retainer has been waived by Binder & Malter LLP. The retainer paid to Binder & Malter LLP remains subject to disgorgement to the extent fees are later disallowed.

4.      The Debtor shall not pay compensation to Binder & Malter, LLP unless and until such compensation is approved after a hearing on notice to creditors, or as otherwise approved by the Court. The Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees will apply.

APPROVED AS TO FORM:              OFFICE OF THE UNITED STATES TRUSTEE


Dated: March 31, 2014           By:    /s/ Margaret H. McGee
                                           Margaret H. McGee, Esq.
                                           Trial Attorney


***END OF ORDER***

Case: 14-41045    Doc# 108    Filed: 04/01/14    Entered: 04/01/14 16:25:33    Page 2 of 3

## Court Service List

None.