The following constitutes
the order of the court. Signed April 2, 2014

*Roger L. Efremsky*
*U.S. Bankruptcy Judge*

Michael W. Malter (SBN 96522)
Julie H. Rome-Banks (SBN 142364)
Kristina A. Parson (SBN 257840)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Michael@bindermalter.com
Email: Julie@bindermalter.com
Email: Kristina@bindermalter.com

Proposed Attorneys for Debtors and Debtors-in-Possession PACIFIC STEEL CASTING COMPANY and BERKELEY PROPERTIES, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFONRIA, OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>PACIFIC STEEL CASTING COMPANY, a California corporation,<br><br>Debtor.<br><br>In re:<br><br>BERKELEY PROPERTIES, LLC, a California Limited Liability corporation,<br><br>Debtor. | Case No.: 14-41045-RLE<br>Case No.: 14-41048-RLE<br><br>Chapter 11<br><br>Cases Jointly Administered |

### ORDER APPROVING APPOINTMENT OF BURR PILGER MAYER AS FINANCIAL CONSULTANTS TO DEBTOR AS OF MARCH 10, 2014

Upon the application of Debtors and Debtors-in-Possession Pacific Steel Casting Company (hereinafter "PSC") and Berkeley Properties, LLC (hereinafter "BP") (collectively "Debtors") for an order authorizing the appointment of Burr Pilger Mayer ("BPM"), whose address is 60 S. Market Street, Suite 800, San Jose, California 95113, as financial consultants to the Debtors for purposes of rendering the services as described in the Application and

supporting Declaration of Edward S. Webb which have been heretofore rendered and which may be necessary to render on behalf of the Debtors during the pendency of these proceedings, and good cause appearing,

    IT IS HEREBY ORDERED that:

    1.    The Application is granted to the extent stated herein.

    2.    The Debtors are authorized to employ BPM as of March 10, 2014 for the purposes and under the terms of the Engagement Agreement attached to the Declaration of Edward Webb filed in support of the Application as Exhibits "A" and "B", and BPM is authorized and directed to perform the services described in the Application.

    3.    Notwithstanding the terms of the Engagement Agreement, to the extent that any provision of the Engagement Agreement are contrary to the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees ("Guidelines") promulgated by this Court, the Guidelines shall control including but not limited to: (a) administrative tasks are not compensable; (b) internal photocopying may be charged at not more than 20 cents per page; (c) the arbitration provision is stricken; and (d) the Debtor shall not pay compensation to BPM on a monthly basis.

    4.    No fees shall be paid to BPM unless and until such compensation is approved after a hearing on notice to creditors, or as otherwise approved by the Court.

APPROVED AS TO FORM:        OFFICE OF THE UNITED STATES TRUSTEE

Dated: April 1, 2014        By:  /s/ Margaret H. McGee
                                              Margaret H. McGee, Esq.
                                              Trial Attorney

***END OF ORDER***

Court Service List

None