

The following constitutes
the order of the court. Signed April 9, 2014

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

MICHAEL W. MALTER, #96533
JULIE H. ROME-BANKS, #142364
WENDY W. SMITH, #133887
KRISTINA A. PARSON, #257840
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: michael@bindermalter.com
Email: julie@bindermalter.com
Email: wendy@bindermalter.com
Email: kristina@bindermalter.com

Attorneys for Debtors and Debtors-in-Possession
PACIFIC STEEL CASTING COMPANY and
BERKELEY PROPERTIES LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC STEEL CASTING COMPANY,<br>a California corporation,<br><br>Debtor. | Case No. 14-41045-RLE<br>Case No. 14-41048-RLE<br><br>Chapter 11<br><br>Cases Jointly Administered |
| In re<br><br>BERKELEY PROPERTIES, LLC, a<br>California limited liability company,<br><br>Debtor. | Date: April 9, 2014<br>Time: 2:30 p.m.<br>Courtroom: 201 |

**FINAL ORDER APPROVING USE OF CASH COLLATERAL AND PROVIDING
ADEQUATE PROTECTION PURSUANT TO STIPULATION WITH
<u>WELLS FARGO BANK, N.A.</u>**

The Motion to Approve Stipulation for Use of Cash Collateral of Wells Fargo

Bank, N.A. ("Motion") of the Debtors and Debtors-in-Possession PACIFIC STEEL

CASTING COMPANY ("PSC") and Berkeley Properties LLC ("BP") having been filed

FINAL ORDER APPROVING USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION PURSUANT TO STIPULATION WITH WELLS FARGO BANK, N.A.                                                                    PAGE 1

Case: 14-41045    Doc# 133    Filed: 04/09/14    Entered: 04/10/14 11:01:34    Page 1 of 5

and served; the matter having come on for a final hearing before the Court on April 9, 2014; Julie H. Rome-Banks of Binder & Malter LLP having appeared on behalf of PSC and BP; Todd J. Dressel of Chapman and Cutler LLP appeared on behalf of secured creditor Wells Fargo Bank, N.A. ("WFB"); and other appearances as noted in the record; the Court having considered the Motion, supporting Declarations and the Stipulation of PSC and BP with WFB; and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion and the Stipulation for Use of Cash Collateral ("Stipulation") are approved on a final basis. All objections to the Motion and the Stipulation are overruled.

2. PSC and BP are authorized to use the cash collateral of WFB from cash on hand, collections of accounts receivable, sales and rents collected from operations for a period of two months beginning March 13, 2014 pursuant to the operating budget filed with the Court on April 9, 2014 and as further modified by the parties (the "Budget")..

3. PSC and BP are authorized to make a monthly adequate protection payment to WFB from cash collateral of approximately $40,000 (the "Adequate Protection Payment") as provided in the Stipulation.

4. The Debtors may disburse WFB's cash collateral from their respective bank accounts for business operations in the ordinary course and to pay the Carve Out as provided in the Budget so long as the Adequate Protection Payment for each month has been made.

5. WFB shall receive a replacement lien on collateral with a back-up super-priority claim to the extent that adequate protection proves inadequate measured by a

FINAL ORDER APPROVING USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION PURSUANT TO STIPULATION WITH WELLS FARGO BANK, N.A. PAGE 2

Case: 14-41045    Doc# 133    Filed: 04/09/14    Entered: 04/10/14 11:01:34    Page 2 of 5

decline from liquidation value of WBF's collateral as of the filing date. The replacement lien shall attach only to the collateral of the kind and character to which WFB's liens would have attached pre-petition. This replacement lien shall be subordinate to the compensation and expenses (excluding professional fees), of any subsequently-appointed trustee in the bankruptcy cases. To the extent that this replacement lien proves to be inadequate, WFB shall be granted a super priority claim under 11 U.S.C. §507(b) to the extent that adequate protection proves inadequate as defined by shortfall in payment of WFB's claims against PSC and BP capped by a decline in the liquidation value of WFB's collateral from the date of commencement of the bankruptcy cases to the date of payment.

6. WFB's lien upon, and security interest in, the replacement collateral granted by this Order shall be deemed perfected without any other act or filing. However, WFB may, at its option and without any additional authorization from the Court, file additional UCC-1 financing statements or take such other actions it deems appropriate to evidence and perfect such liens and security interests. Upon payment in full of all obligations owing to WFB, WFB shall no longer have an interest in the collateral.

7. The Debtors will provide bi-weekly reports to WFB of actual versus budgeted cash flows. The Debtors shall also furnish to WFB copies of each monthly operating statement and other financial report that they file with the Bankruptcy Court until such time as WFB is paid in full under the Term Loan and the Revolving Line of Credit.

8. The Debtors shall give immediate notice to WFB of: (a) any Termination Event (as defined in the Stipulation) or the occurrence of any event, which, upon the

giving of notice of passage of time, or both, would constitute a Termination Event; or (b) any matter which has resulted, or might result, in a material adverse change in the financial condition or result of the operations or business of either of the Debtors.

APPROVED AS TO FORM:

Date: April 9, 2014                                CHAPMAN AND CUTLER LLP


                                                   By: /s/ Todd J. Dressel
                                                       Todd J. Dressel
                                                       Attorneys for Secured Creditor
                                                       Wells Fargo Bank, N.A.

**END OF ORDER**

FINAL ORDER APPROVING USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION PURSUANT TO STIPULATION WITH WELLS FARGO BANK, N.A.                                                         PAGE 4

Case: 14-41045    Doc# 133    Filed: 04/09/14    Entered: 04/10/14 11:01:34    Page 4 of 5

COURT SERVICE LIST

None.

FINAL ORDER APPROVING USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION PURSUANT TO STIPULATION WITH WELLS FARGO BANK, N.A.
PAGE 5

Case: 14-41045   Doc# 133   Filed: 04/09/14   Entered: 04/10/14 11:01:34   Page 5 of 5