The following constitutes
the order of the court. Signed April 9, 2014

Roger L. Efremsky
U.S. Bankruptcy Judge

Michael W. Malter (SBN 96522)
Julie H. Rome-Banks (SBN 142364)
Ryan M. Penhallegon (SBN 234787)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Michael@bindermalter.com
Email: Julie@bindermalter.com
Email: Ryan@bindermalter.com

Attorneys for Debtors and Debtor-in-Possession
PACIFIC STEEL CASTING COMPANY
and BERKELEY PROPERTIES, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC STEEL CASTING COMPANY,<br>a California corporation,<br><br>Debtor. | Case No. 14-41045-RLE<br><br>Chapter 11<br><br>(Jointly Administered) |
| In re<br><br>BERKELEY PROPERTIES, LLC, a<br>California limited liability company,<br><br>Debtor. | Case No. 14-41048-WJL<br><br>Chapter 11<br><br>**Date: April 2, 2014**<br>**Time: 2:00 pm**<br>**Judge: Hon. Roger L. Efremsky** |

**ORDER ON MOTION FOR ORDER (I) PROHIBITING UTILITIES FROM
ALTERING, REFUSING, OR DISCONTINUING SERVICE;
(II) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT; AND
(III) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS
FOR ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT PURSUANT TO 11
U.S.C. § 366**

ORDER ON MOTION FOR ORDER (I) PROHIBITING UTILITIES FROM ALTERING,
REFUSING, OR DISCONTINUING SERVICE; (II) DEEMING UTILITIES ADEQUATELY
ASSURED OF PAYMENT; AND (II) ESTABLISHING PROCEDURES FOR DETERMINING
REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT
Page 1

Case: 14-41045    Doc# 134    Filed: 04/09/14    Entered: 04/10/14 11:10:21    Page 1 of 6

On April 2, 2014 at 2:00 p.m., the Debtor-in-Possession, Pacific Steel Casting Company ("PSC"), came before this court for a determination of its providing adequate assurance of payment to various utilities pursuant to 11 U.S.C. §366. Wendy W. Smith and Julie H. Rome-Banks of Binder & Malter, LLP appeared on behalf of PSC; Lisa Holder of Klein DeNatale Goldner Cooper Rosenlieb and Kimball, LLP appeared on behalf of Occidental Energy Marketing, Inc. ("Occidental"); and Martha Simon appeared on behalf of Pacific Gas & Electric, Co. ("PG&E"). Other appearances were noted on the record.

Occidental was the only party to file a written objection to the motion. PG&E placed a verbal objection on the record. The other entities served with the motion as utilities are referred to here as the "Non-Objecting Utilities". Based on its review of the pleadings filed in the matter and the arguments put forth by the various parties at the hearing, the Court ORDERS:

1. PSC's payment to a Non-Objecting Utility of a deposit equal to one month of service provided by that utility (calculated by PSC as the average of the monthly invoice for that utility for the six months prior to the petition) will be adequate assurance to that utility of future payment pursuant to Bankruptcy Code §366(c)(3)(a).

2. For interim purposes only, pending the final hearing on April 30, 2014, in exchange for payment by PSC to Occidental as follows: a) payment on April 1, 2014 $60,000 (the "March Payment"), b) payment, sent on April 3, 2014, of $70,000 (the "April Pre-Payment"), c) the second payment of $70,000 also sent on April 3, 2014 (the "Deposit"); and (d) a pre-payment for May 2014 services to be paid by PSC no later than April 25, 2014[1] (the "May Pre-Payment"); Occidental will continue to provide services to PSC through April 2014, subject to the remaining terms of this Order.

ORDER ON MOTION FOR ORDER (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (II) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT AND (III) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT

3.  Occidental has not yet sent PSC a final invoice for Services provided by Occidental to the Debtors for the month of March. Occidental shall apply the March Payment to PSC's invoice for service from March 10, 2014 through March 31, 2014 (the "March Post-Petition Period"). Any amount due and owing to Occidental for the March Post-Petition Period, after application of the March Payment shall be paid by PSC within five (5) business days of receipt of an invoice from Occidental. The April Pre-Payment represents PSC's pre-payment to Occidental for current and expected Services from Occidental to the Debtors during the month of April 2014. Occidental will provide PSC with a preliminary invoice with an estimate of April Services. Within five (5) business days of Occidental providing PSC with a final invoice for April services, PSC shall pay the difference between the April Pre-Payment and the final invoice. Occidental does not waive any claims or right to payment for April Services in excess of the April Payment. The May Pre-Payment can be applied to any services rendered in May if applicable. The Proceeds of the Deposit will be held by Occidental as a deposit for future Services provided by Occidental to PSC, or in the event that PSC fails to pay Occidental for any post-petition Services provided by Occidental to the Debtors.

3.  For preliminary purposes, PG&E is adequately assured of PSC's future payment through April 30, 2014, by: a) the deposit paid to PG&E prior to the April 2nd hearing of $398,855; b) PSC's payment to PG&E of the additional sum of $398,855, sent on April 3$_{rd}$, 2014 (the "Additional Payment"), and c) PSC's payment to PG&E directly for Services provided from March 10, 2014 through March 31, 2014, sent on April 3rd 2014. Whether the Additional Payment is a

ORDER ON MOTION FOR ORDER (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (II) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT; AND (III) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT

pre-payment for the delivery of April's Services, is a further deposit is to be determined by the Court at the continued hearing, set for April 30, 2014 at 2:30 PM (the "Continued Hearing"), unless it is resolved by the parties.

4. Whether PSC must take any additional action to provide PG&E or Occidental with adequate assurance of payment after April 30, 2014 (other than paying its bill in the ordinary course of business), will be determined at the continued hearing set for April 30, 2014 at 2:30 p.m.

5. The Non-Objecting Utilities are prohibited from altering, refusing, or discontinuing utility goods or services to PSC without further order of this Court or written agreement of PSC. PG&E is prohibited from altering, refusing, or discontinuing utility goods or services to PSC before April 30, 2014, without further order of this Court or written agreement of PSC. Occidental may give termination notice if Occidental does not receive the payments due from PSC on April 25, 2014. If Occidental provides notice of termination, at the hearing on April 30, 2014, PSC can seek to prohibit Occidental from altering, refusing, or discontinuing utility goods or services and both parties reserve all rights with respect to additional adequate assurance. If any Non-Objecting Utility wishes to change the terms of adequate assurance of payments, it must obtain an order on a noticed motion.

APPROVED AS TO FORM:
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By: /s/ Lisa Holder
Lisa Holder, Attorneys for
Occidental Energy Marketing, Inc.

ORDER ON MOTION FOR ORDER (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (II) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT; AND (III) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT

Page 4 of 6

LAW OFFICES OF MARTHA J. SIMON

[Approved as to terms affecting PG&E – Final Order not reviewed]

By:_____
Martha J. Simon, Attorney for
Pacific Gas & Electric Company

****END OF ORDER***

ORDER ON MOTION FOR ORDER (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (II) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT; AND (III) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT

Case: 14-41045  Doc# 134  Filed: 04/09/14  Entered: 04/10/14 11:10:21  Page 5 of 6

## COURT SERVICE LIST

None required.

ORDER ON MOTION FOR ORDER (I) PROHIBITING UTILITIES FROM ALTERING,
REFUSING, OR DISCONTINUING SERVICE; (II) DEEMING UTILITIES ADEQUATELY
ASSURED OF PAYMENT; AND (III) ESTABLISHING PROCEDURES FOR DETERMINING
REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT

Page 6

Case 14-41045    Doc# 134    Filed 04/09/14    Entered 04/10/14 11:10:21    Page 6 of 6