| | |
|---|---|
| ORI KATZ, Cal. Bar No. 209561<br>okatz@sheppardmullin.com<br>MICHAEL M. LAUTER, Cal. Bar No. 246048<br>mlauter@sheppardmullin.com<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone: (415) 434.9100<br>Facsimile: (415) 434.3947<br><br>Attorneys for the Official Committee of Unsecured Creditors | MICHAEL W. MALTER,<br>Cal. Bar No. 96533<br>michael@bindermalter.com<br>JULIE H. ROME-BANKS,<br>Cal. Bar No. 142364<br>julie@bindermalter.com<br>BINDER & MALTER, LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050<br>Telephone: (408) 295-1700<br>Facsimile: (408) 295-1531<br><br>Attorneys for the Debtors and Debtors-in-Possession, SECOND STREET PROPERTIES and BERKELEY PROPERTIES, LLC |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>SECOND STREET PROPERTIES,<br>a California corporation[1]<br>        Debtor.<br><br>In re<br><br>BERKELEY PROPERTIES, LLC, a California limited liability company,<br><br>Debtor. | Case No. 14-41045-RLE<br>Case No. 14-41048-RLE<br><br>Chapter 11<br><br>Cases Jointly Administered<br><br>**EXHIBIT A TO DISCLOSURE STATEMENT FOR DEBTORS' AND COMMITTEE'S SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED APRIL 30, 2015** |

---

[1] Second Street Properties was formerly known as Pacific Steel Casting Company.

## Second Street Properties and Berkeley Properties
## Summary of Monthly Operating Reports - Exhibit A

| | Mar-14 | Apr-14 | May-14 | Jun-14 | Jul-14 | Aug-14 | Sep-14* | Oct-14 | Nov-14 | Dec-14 | Jan-15 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **SSP** | **SSP** | **SSP** | **SSP** | **SSP** | **SSP** | **SSP** | **SSP** | **SSP** | **SSP** | **SSP** | **Cumulative** |
| **Gross Sales** | $5,144,261 | $7,147,483 | $7,979,748 | $7,449,619 | $7,527,116 | $6,186,289 | $0 | $0 | $0 | $0 | $0 | $41,434,516 |
| Less: Returns and allowances | -$50,666 | -$80,878 | -$157,053 | -$77,487 | -$121,802 | -$177,440 | $0 | $0 | $0 | $0 | $0 | -$665,326 |
| Less: Costs of Goods Sold | -$5,009,602 | -$6,058,697 | -$6,544,738 | -$7,327,926 | -$7,826,653 | -$6,009,544 | $0 | $0 | $0 | $0 | $0 | -$38,777,160 |
| **Gross Profit** | $83,993 | $1,007,908 | $1,277,957 | $44,206 | -$421,339 | -$695 | $0 | $0 | $0 | $0 | $0 | $1,992,030 |
| **Other Revenues** | $572,534 | $253,339 | $350,566 | $452,686 | $356,043 | $321,726 | $1 | $1 | $1 | $0 | $0 | $2,306,897 |
| **Operating Expenses** | -$693,440 | -$1,380,865 | -$1,617,200 | -$1,531,174 | -$1,434,398 | -$1,558,255 | -$11,428 | -$34,448 | -$21,556 | -$22,725 | -$15,371 | -$8,320,860 |
| **Extraordinary Expenses / Reorganization** | -$194,254 | -$315,441 | -$220,000 | -$227,000 | -$222,000 | -$222,000 | -$94,862 | -$130,000 | -$100,000 | -$618,785 | -$100,000 | -$2,444,342 |
| **EBITA** | -$231,167 | -$435,059 | -$208,677 | -$1,261,282 | -$1,721,694 | -$1,459,224 | -$106,289 | -$164,447 | -$121,555 | -$641,510 | -$115,371 | -$6,466,275 |
| **Federal and State Income Taxes** | $112,942 | $51,244 | $4,851 | $443,086 | $642,469 | $530,027 | $0 | $0 | $0 | $0 | $0 | $1,784,619 |
| **Profit (Loss)** | -$118,225 | -$383,815 | -$203,826 | -$818,196 | -$1,079,225 | -$929,197 | -$106,289 | -$164,447 | -$121,555 | -$641,510 | -$115,371 | -$4,681,656 |
| | | | | | | | | | | | | |
| | **BP** | **BP** | **BP** | **BP** | **BP** | **BP** | **BP** | **BP** | **BP** | **BP** | **BP** | **Cumulative** |
| **Rental Income** | $61,704 | $86,946 | $92,162 | $89,544 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $330,356 |
| **Expenses** | -$8,008 | -$10,556 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | -$18,564 |
| **Net Profit** | $53,696 | $76,390 | $92,162 | $89,544 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $311,792 |

\* reflects post-sale operations
\*\*reflects legal fees for both estates

**Current cash on hand as of March 19, 2015 is $2,196,428.**