1  ORI KATZ, Cal. Bar # 209561
   okatz@sheppardmullin.com
2  MICHAEL M. LAUTER, Cal. Bar # 246048
   mlauter@sheppardmullin.com
3  SHADI FARZAN, Cal. Bar # 301610
   sfarzan@sheppardmullin.com
4  SHEPPARD, MULLIN, RICHTER &
   HAMPTON LLP
5  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
6  Telephone: (415) 434.9100
   Facsimile: (415) 434.3947
7
8  Attorneys for Arch & Beam Global, LLC,
   the Plan Administrator

9
10            UNITED STATES BANKRUPTCY COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  OAKLAND DIVISION

13  In re                              Case No. 14-41045-RLE
                                       Case No. 14-41048-RLE
14  SECOND STREET PROPERTIES, a
15  California corporation, f/k/a PACIFIC STEEL   Chapter 11
    CASTING COMPANY,
16                                     Cases Jointly Administered
              Debtor.
17                                     **REQUEST FOR ENTRY OF ORDER BY
                                       DEFAULT GRANTING RELIEF
18                                     REQUESTED IN:**

19                                     **NINTH MOTION TO EXTEND
                                       DEADLINE TO OBJECT TO CLAIMS**
20

21

22

23

24

25

26

27

28

**TO THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, AND CERTAIN OTHER PARTIES IN INTEREST:**

Arch & Beam Global, LLC, in its capacity as plan administrator ("Plan Administrator"), hereby requests that the Court enter an order by default, in the form attached hereto as Exhibit 1, granting the relief requested in the *Ninth Motion to Extend Deadline to Object to Claims* (the "Motion") filed on March 22, 2019 as Docket No. 940. By the Motion, the Plan Administrator sought an order extending the deadline to object to claims (the "Claim Objection Deadline") for six months through and including September 26, 2019.

Concurrently with the filing of the Motion , the Plan Administrator filed a Notice and Opportunity for Hearing on the Motion under Bankruptcy Local Rule 9014-1(b)(3) (the "Notice"). The Plan Administrator served a copy of the Motion, the Notice, and all supporting papers on the United States Trustee and certain other parties in interest, as set forth in the certificate of service filed as Docket No. 940-2. Any party wishing to object to the relief sought in the Motion had until April 15, 2018 to file an objection or request a hearing on the Motion.

As set forth in the Declaration of Michael M. Lauter in support of this Request for Default, the Plan Administrator has received no objection to the Motion or request for hearing thereon as the date of this request for default, despite proper service of the Motion. A copy of the Motion, the Notice, and the Declaration of Michael Lauter filed in support of the Motion are attached hereto as Exhibit 2. A copy of the certificate of service of the Motion and the Notice is attached hereto as Exhibit 3.

WHEREFORE, the Plan Administrator requests that the Court grant this Request for Default and enter an order in the form attached hereto as Exhibit 1:

    1.    Granting the Motion;

    2.    Extending the Claim Objection Deadline to September 26, 2019, without prejudice to seek further extensions; and

    3.    Granting such other and further relief as this Court deems just and appropriate.

SMRH:490086545.1

1   DATED:  April 16, 2019

2                                   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                                   By            /s/ Michael M. Lauter
                                                 MICHAEL M. LAUTER
5

6                                   Attorneys for ARCH & BEAM GLOBAL, LLC, PLAN
                                                 ADMINISTRATOR
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

1  ORI KATZ, Cal. Bar # 209561
   okatz@sheppardmullin.com
2  MICHAEL M. LAUTER, Cal. Bar # 246048
   mlauter@sheppardmullin.com
3  SHADI FARZAN, Cal. Bar # 301610
   smahmoudi@sheppardmullin.com
4  SHEPPARD, MULLIN, RICHTER &
   HAMPTON LLP
5  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
6  Telephone: (415) 434.9100
   Facsimile: (415) 434.3947
7
   Attorneys for Arch & Beam Global, LLC,
8  the Plan Administrator

9                    UNITED STATES BANKRUPTCY COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12

13  In re                          Case No. 14-41045-RLE
                                   Case No. 14-41048-RLE
14  SECOND STREET PROPERTIES, a
    California corporation, f/k/a PACIFIC STEEL   Chapter 11
15  CASTING COMPANY,
                                   Cases Jointly Administered
16              Debtor.
                                   **[PROPOSED] ORDER GRANTING
17                                 NINTH MOTION TO EXTEND
                                   DEADLINE TO OBJECT TO CLAIMS**
18

19

20

21

22

23

24

25

26

27

28

SMRH:490088269.1                                           PROPOSED ORDER

The Court having considered the *Ninth Motion to Extend Deadline to Object to Claims* (the "Motion") filed by Arch & Beam Global, LLC, in its capacity as plan administrator ("Plan Administrator") on March 22, 2019 as Docket No. 940 and all other pleadings filed in support thereof, and the Court finding that notice of the Motion was sufficient, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.     The Motion is GRANTED.

2.     The deadline to object to claims (the "Claim Objection Deadline") is hereby extended for six months, through and including September 26, 2019.

3.     The extension of time granted herein is without prejudice to the Plan Administrator's ability to request additional time should it become necessary.

**\*\*\* END OF ORDER \*\*\***

SMRH:490088269.1                                                                                                    PROPOSED ORDER

# EXHIBIT 2

1   ORI KATZ, Cal. Bar # 209561
    okatz@sheppardmullin.com
2   MICHAEL M. LAUTER, Cal. Bar # 246048
    mlauter@sheppardmullin.com
3   SHADI FARZAN, Cal. Bar # 301610
    smahmoudi@sheppardmullin.com
4   SHEPPARD, MULLIN, RICHTER &
    HAMPTON LLP
5   Four Embarcadero Center, 17th Floor
    San Francisco, California 94111-4109
6   Telephone: (415) 434.9100
    Facsimile: (415) 434.3947
7
    Attorneys for Arch & Beam Global, LLC,
8   the Plan Administrator

9

10                  UNITED STATES BANKRUPTCY COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13

| 14 | In re | Case No. 14-41045-RLE |
| | | Case No. 14-41048-RLE |
| 15 | SECOND STREET PROPERTIES, a | |
| | California corporation, f/k/a PACIFIC | Chapter 11 |
| 16 | STEEL CASTING COMPANY, | |
| | | Cases Jointly Administered |
| 17 | Debtor. | |
| | | **NINTH MOTION TO EXTEND** |
| 18 | In re | **DEADLINE TO OBJECT TO CLAIMS** |
| 19 | BERKELEY PROPERTIES, LLC, a | *[No Hearing Required Unless Requested]* |
| | California limited liability company, | |
| 20 | | |
| | Debtor. | |
| 21 | | |

22

23

24

25

26

27

28

1    Arch & Beam Global, LLC, in its capacity as plan administrator ("Plan

2 Administrator") appointed under the *Debtors' and Committee's Second Amended Joint*

3 *Chapter 11 Plan of Reorganization Dated April 30, 2015* (the "Plan") (Dkt. No. 589)

4 hereby files this *Seventh Motion to Extend Deadline to Object to Claims* (the "Motion").

5    The current deadline to object to claims is March 26, 2019 (the "Claim

6 Objection Deadline"). Pursuant to this Motion, the Plan Administrator seeks an order

7 extending the Claim Objection Deadline for six months, through and including

8 September 26, 2019.

9    I.   **BACKGROUND**

10 **A. The Bankruptcy Cases**

11    The debtors Second Street Properties, f/k/a Pacific Steel Casting Company

12 ("Second Street") and Berkeley Properties, LLC ("Berkeley Properties," together with

13 Second Street the "Debtors") commenced the above-captioned bankruptcy cases (the

14 "Bankruptcy Cases") under Chapter 11 of Title 11 of the United States Code on March 10,

15 2014.

16    The Debtors and the Official Committee of Unsecured Creditors (the

17 "Committee") jointly proposed and filed the Plan on or around April 30, 2015 (*see*, Dkt.

18 No. 589). This Court entered its order confirming the Plan on July 1, 2015 (*see*, Dkt. No.

19 535).

20    The Effective Date of the Plan occurred on September 30, 2015.  Due to the

21 occurrence of the Effective Date, the primary representative of the above-captioned

22 Debtors' estates in claims objection proceedings is Arch & Beam Global, LLC, in its

23 capacity as Plan Administrator.

24 **B. Claims Objection Deadline**

25    Pursuant to the Plan, the deadline to object to claims was 120 days after the

26 Effective Date, or January 28, 2016, with the Plan Administrator and other interested

27 parties retaining the right to seek extensions of the deadline.

28

On January 27, 2016, the Plan Administrator filed its *Motion to Extend Deadline to Object to Claims* (Dkt. 766) (the "First Motion"), seeking an extension of the Claim Objection Deadline to May 26, 2016. The Court entered an order granting the First Motion on February 22, 2016 (Dkt. 774). On May 25, 2016, the Plan Administrator filed its *Second Motion to Extend Deadline to Object to Claims* (Dkt. 789), seeking an extension of the Claim Objection Deadline to September 26, 2016 (the "Second Motion"). The Court entered an order granting the Second Motion on June 20, 2016 (Dkt. 801). On September 16, 2016, the Plan Administrator filed its *Third Motion to Extend Deadline to Object to Claims*, seeking an extension of the Claim Objection Deadline to January 26, 2017 (Dkt. 830). The Court entered an order granting the Third Motion on October 11, 2016 (dkt. 833). On January 25, 2017, the Plan Administrator filed its *Fourth Motion to Extend Deadline to Object to Claims* (the "Fourth Motion") (Dkt. 905), seeking an extension of the Claim Objection Deadline to May 26, 2016. The Court entered an order granting the Fourth Motion on February 21 2017 (dkt. 908). On May 25, 2017, the Plan Administrator filed its *Fifth Motion to Extend Deadline to Object to Claims*, seeking an extension of the Claim Objection Deadline to September 26, 2017 (the "Fifth Motion") (dkt. 910). The Court entered an order granting the Fifth Motion on June 20, 2017. On September 26, 2017, the Plan Administrator filed its *Sixth Motion to Extend Deadline to Object to Claims*, seeking an extension of the Claim Objection Deadline to March 26, 2018 (the "Sixth Motion") (dkt. 915). The Court entered an order granting the Sixth Motion on October 23, 2017 (dkt. 919). On March 22, 2018, the Plan Administrator filed its *Seventh Motion to Extend Deadline to Object to Claims*, seeking an extension of the Claim Objection Deadline to September 26, 2018 (the "Seventh Motion") (dkt. 924). The Court entered an order granting the Seventh Motion on April 13, 2018 (dkt. 929).

On September 14, 2018, the Plan Administrator filed its *Eighth Motion to Extend Deadline to Objection to Claims* (the "Eighth Motion") (dkt. 933), seeking an extension of the Claim Objection Deadline to March 26, 2019. On October 16, 2018, the Court entered an Order approving the Eighth Motion (the "Order"), which Order provided

1 that "the extension of time granted herein is without prejudice to the Plan Administrator's

2 ability to request additional time should it become necessary." (Order, ¶3)

3 ## II. ARGUMENT

4        Good cause exists to grant the requested six month extension of the Claim

5 Objection Deadline to September 26, 2019. There are several hundred claims filed and

6 scheduled in these cases, most of them in the Second Street Properties case. While the

7 Plan Administrator has completed its process of reviewing and objecting to the claims in

8 these cases, the Second Street Properties estate remains secondarily liable for any ERISA

9 withdrawal liability triggered by Pacific Steel Casting Company LLC, the Court-approved

10 buyer of its former steel casting business (the "PSCC"), until July 1, 2020.

11        In October of 2017, PSCC announced that it would be shutting down its

12 business operations, and recently filed a Chapter 7 bankruptcy case (Case No. 19-40193).

13 On December 28, 2017, the Plan Administrator received a letter from the pension trust

14 overseeing the multi-employer pension plan that covered Second Street Properties' former

15 employees and the current employees of the buyer of the steel casting business asserting

16 that in excess of $24 million in withdrawal liability under ERISA has now been triggered

17 due to PSCC's cancellation of a bond. The Debtors submitted a timely response and

18 challenge to the asserted withdrawal liability, though the parties have not proceeded to

19 litigation over the amount of withdrawal liability as they are continuing to focus on

20 working together to sell the real estate owned by Berkeley Properties which serves as

21 collateral for the asserted withdrawal liability. The Plan Administrator expects the sale

22 process to take at least several more months, and possibly longer. Thus, in order to

23 preserve the ability to object to the pension trust's withdrawal liability claim, the Plan

24 Administrator would like to extend the Claim Objection Deadline for six months, to

25 September 26, 2019.

26        The Motion is timely as it is being filed prior to the expiration of the current

27 Claim Objection Deadline.

28

1

### III.   <u>CONCLUSION</u>

2          Based on the foregoing, the Plan Administrator respectfully requests that this

3   Court enter an order extending the Claims Objection Deadline through and including

4   September 26, 2019 without prejudice to further extensions.

5

6   Dated:  March 22, 2019

7                                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

8                                        By        /s/ Michael M. Lauter
                                                   _____
9                                                     MICHAEL M. LAUTER

10                                                    Attorneys for
                                            ARCH & BEAM GLOBAL, LLC,
11                                              PLAN ADMINISTRATOR

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:489745525.1

1   ORI KATZ, Cal. Bar # 209561
    okatz@sheppardmullin.com
2   MICHAEL M. LAUTER, Cal. Bar # 246048
    mlauter@sheppardmullin.com
3   SHADI FARZAN, Cal. Bar # 301610
    smahmoudi@sheppardmullin.com
4   SHEPPARD, MULLIN, RICHTER &
    HAMPTON LLP
5   Four Embarcadero Center, 17th Floor
    San Francisco, California 94111-4109
6   Telephone: (415) 434.9100
    Facsimile: (415) 434.3947
7

8   Attorneys for Arch & Beam Global, LLC,
    the Plan Administrator
9

10                  UNITED STATES BANKRUPTCY COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13
    In re                                   Case No. 14-41045-RLE
14                                          Case No. 14-41048-RLE
    SECOND STREET PROPERTIES, a
15  California corporation, f/k/a PACIFIC   Chapter 11
    STEEL CASTING COMPANY,
16                                          Cases Jointly Administered
            Debtor.
17  _____        **DECLARATION OF MICHAEL M.
    In re                                   LAUTER IN SUPPORT OF NINTH
18                                          MOTION TO EXTEND DEADLINE
    BERKELEY PROPERTIES, LLC, a             TO OBJECT TO CLAIMS**
19  California limited liability company,
                                            *[No Hearing Required Unless Requested]*
20          Debtor.

21
22
23
24
25
26
27
28

I, Michael M. Lauter, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted before this Court. I am a partner with the law firm of Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin"), counsel Arch & Beam Global, LLC, in its capacity as plan administrator ("Plan Administrator"). I make this declaration in that capacity. Except for those statements made upon information and belief, the following facts are based upon my personal knowledge and if called to testify, I could and would competently testify to such facts. As to those statements made upon information and belief, I believe them to be true.

2. I make this declaration in connection with the Plan Administrator's *Ninth Motion to Extend Deadline to Object to Claims* (the "Motion"). The Motion is filed concurrently with this declaration.

3. The debtors Second Street Properties, f/k/a Pacific Steel Casting Company ("Second Street") and Berkeley Properties, LLC ("Berkeley Properties," together with Second Street the "Debtors") commenced the above-captioned bankruptcy cases (the "Bankruptcy Cases") under Chapter 11 of Title 11 of the United States Code on March 10, 2014.

4. The Debtors and the Official Committee of Unsecured Creditors (the "Committee") jointly proposed and filed the Plan on or around April 30, 2015 (*see*, Dkt. No. 589). This Court entered its order confirming the Plan on July 1, 2015 (*see*, Dkt. No. 535).

5. The Effective Date of the Plan occurred on September 30, 2015. Due to the occurrence of the Effective Date, the primary representative of the above-captioned Debtors' estates in claims objection proceedings is Arch & Beam Global, LLC, in its capacity as Plan Administrator.

6. Pursuant to the Plan, the deadline to object to claims was 120 days after the Effective Date, or January 28, 2016, with the Plan Administrator and other interested parties retaining the right to seek extensions of the deadline.

7. On January 27, 2016, the Plan Administrator filed its *Motion to Extend Deadline to Object to Claims* (Dkt. 766) (the "First Motion"), seeking an extension of the Claim Objection Deadline to May 26, 2016. The Court entered an order granting the First Motion on February 22, 2016 (Dkt. 774). On May 25, 2016, the Plan Administrator filed its *Second Motion to Extend Deadline to Object to Claims* (Dkt. 789), seeking an extension of the Claim Objection Deadline to September 26, 2016 (the "Second Motion"). The Court entered an order granting the Second Motion on June 20, 2016 (Dkt. 801). On September 16, 2016, the Plan Administrator filed its *Third Motion to Extend Deadline to Object to Claims*, seeking an extension of the Claim Objection Deadline to January 26, 2017 (Dkt. 830). The Court entered an order granting the Third Motion on October 11, 2016 (dkt. 833). On January 25, 2017, the Plan Administrator filed its *Fourth Motion to Extend Deadline to Object to Claims* (the "Fourth Motion") (Dkt. 905), seeking an extension of the Claim Objection Deadline to May 26, 2016. The Court entered an order granting the Fourth Motion on February 21 2017 (dkt. 908). On May 25, 2017, the Plan Administrator filed its *Fifth Motion to Extend Deadline to Object to Claims*, seeking an extension of the Claim Objection Deadline to September 26, 2017 (the "Fifth Motion") (dkt. 910). The Court entered an order granting the Fifth Motion on June 20, 2017.

8. On September 26, 2017, the Plan Administrator filed its *Sixth Motion to Extend Deadline to Object to Claims*, seeking an extension of the Claim Objection Deadline to March 26, 2018 (the "Sixth Motion") (Dkt. 915). The Court entered an order granting the Sixth Motion on October 23, 2017 (Dkt. 919). On March 22, 2018, the Plan Administrator filed its *Seventh Motion to Extend Deadline to Object to Claims*, seeking an extension of the Claim Objection Deadline to September 26, 2018 (the "Seventh Motion") (dkt. 924). The Court entered an order granting the Seventh Motion on April 13, 2018 (dkt. 929).

9. On September 14, 2018, the Plan Administrator filed its *Eighth Motion to Extend Deadline to Objection to Claims* (the "Eighth Motion") (dkt. 933), seeking an extension of the Claim Objection Deadline to March 26, 2019. On October 16, 2018, the

1  Court entered an Order approving the Eighth Motion (the "Order"), which Order provided

2  that "the extension of time granted herein is without prejudice to the Plan Administrator's

3  ability to request additional time should it become necessary." (Order, ¶3)

4      10.    There are several hundred outstanding claims in the Bankruptcy Cases, most

5  of them in the Second Street Properties case.

6      11.    While the Plan Administrator has completed its process of reviewing and

7  objecting to the claims in these cases, the Second Street Properties estate remains

8  secondarily liable for any ERISA withdrawal liability triggered by Pacific Steel Casting

9  Company LLC, the Court-approved buyer of its former steel casting business (the

10  "PSCC"), until July 1, 2020.

11      12.    In October of 2017, PSCC announced that it would be shutting down its

12  business operations, and recently filed a Chapter 7 bankruptcy case (Case No. 19-40193).

13  On December 28, 2017, the Plan Administrator received a letter from the pension trust

14  overseeing the multi-employer pension plan that covered Second Street Properties' former

15  employees and the current employees of the buyer of the steel casting business asserting

16  that in excess of $24 million in withdrawal liability under ERISA has now been triggered

17  due to PSCC's cancellation of a bond.  The Debtors submitted a timely response and

18  challenge to the asserted withdrawal liability, though the parties have not proceeded to

19  litigation over the amount of withdrawal liability as they are continuing to focus on

20  working together to sell the real estate owned by Berkeley Properties which serves as

21  collateral for the asserted withdrawal liability.  The Plan Administrator expects the sale

22  process to take at least six months, and possibly longer. Thus, in order to preserve the

23  ability to object to the pension trust's withdrawal liability claim, the Plan Administrator

24  would like to extend the Claim Objection Deadline for six months, to September 26, 2019.

25

26

27

28

1        I declare under penalty of perjury under the laws of the United States of

2 America that the foregoing is true and correct.  Executed on March 22, 2019, at San

3 Francisco, California.

4                                       */s/ Michael M. Lauter* \_\_

                                       MICHAEL M. LAUTER

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  ORI KATZ, Cal. Bar # 209561
   okatz@sheppardmullin.com
2  MICHAEL M. LAUTER, Cal. Bar # 246048
   mlauter@sheppardmullin.com
3  SHADI FARZAN, Cal. Bar # 301610
   smahmoudi@sheppardmullin.com
4  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
5  San Francisco, California 94111-4109
   Telephone: (415) 434.9100
6  Facsimile: (415) 434.3947
7  Attorneys for Arch & Beam Global, LLC,
   the Plan Administrator

8

9              UNITED STATES BANKRUPTCY COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

| | |
|---|---|
| 12  In re | Case No. 14-41045-RLE |
| | Case No. 14-41048-RLE |
| 13  SECOND STREET PROPERTIES, a | |
| California corporation, f/k/a PACIFIC | Chapter 11 |
| 14  STEEL CASTING COMPANY, | |
| | Cases Jointly Administered |
| 15                Debtor. | |
| | **NOTICE AND OPPORTUNITY FOR** |
| 16  In re | **HEARING ON NINTH MOTION TO** |
| | **EXTEND DEADLINE TO OBJECT TO** |
| 17  BERKELEY PROPERTIES, LLC, a | **CLAIMS** |
| California limited liability company, | |
| 18 | *[No Hearing Required Unless Requested]* |
| |                Debtor. | |
| 19 | |

20

21        **TO THE HONORABLE ROGER L. EFREMSKY, UNITED STATES**

22   **BANKRUPTCY JUDGE; AND OTHER PARTIES IN INTEREST:**

23              **PLEASE TAKE NOTICE** that the Plan Administrator under the *Debtors'*

24   *and Committee's Second Amended Joint Chapter 11 Plan of Reorganization Dated April*

25   *30, 2015* (the "Plan") in the above-captioned Chapter 11 cases has filed its *Eighth Motion*

26   *to Extend Deadline to Object to Claims* (the "Motion").  By the Motion, the Plan

27   Administrator seeks an order extending the deadline to object to claims (the "Claim

28   Objection Deadline") for six months, to September 26, 2019. The Motion is based on this

-1-

Notice, the Motion filed contemporaneously herewith, the declaration of Michael M. Lauter filed in support of the Motion, and all other pleadings, documents and evidence of record in this case.

**PLEASE TAKE FURTHER NOTICE** that Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed. Pursuant to Local Rule 9014-1(b)(3), any party wishing to respond to the Motion or request a hearing on the matter must file a written response to the Motion with the Bankruptcy Court within twenty-one (21) days from the date of the mailing of this Notice. Copies of any such response also must be served upon counsel for the Plan Administrator – Michael M. Lauter, Esq., Sheppard, Mullin, Richter & Hampton LLP, Four Embarcadero Center, 17th Floor, San Francisco, California 94111 – and must be accompanied by any declarations or memoranda of law the party responding or requesting a hearing wishes to present in support of its position. In the event a response or request for hearing is timely made, the Plan Administrator will give at least seven (7) days written notice of the hearing to the responding or requesting party, the Debtors, and the United States Trustee.

**PLEASE TAKE FURTHER NOTICE** that your failure to file a timely response to the requested relief or request a hearing may result in an order granting the relief sought in the Motion by default pursuant to Bankruptcy Local Rule 9014-1(b)(4).

Dated: March 22, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By        _/s/ Michael M. Lauter_
                          MICHAEL M. LAUTER

Attorneys for Arch & Beam Global, LLC,
the Plan Administrator

SMRH:489495.1

NOTICE AND OPPORTUNITY FOR HEARING

# EXHIBIT 3

ORI KATZ, Cal. Bar # 209561
okatz@sheppardmullin.com
MICHAEL M. LAUTER, Cal. Bar # 246048
mlauter@sheppardmullin.com
SHADI MAHMOUDI, Cal. Bar # 301610
smahmoudi@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434.9100
Facsimile: (415) 434.3947

Attorneys for Arch & Beam Global LLC,
the Plan Administrator

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>SECOND STREET PROPERTIES, a California corporation, f/k/a PACIFIC STEEL CASTING COMPANY,<br><br>Debtor.<br>_____<br>In re<br><br>BERKELEY PROPERTIES, LLC, a California limited liability company,<br><br>Debtor.<br>_____ | Case No. 14-41045-RLE<br>Case No. 14-41048-RLE<br><br>Chapter 11<br><br>Cases Jointly Administered<br><br>**CERTIFICATE OF SERVICE**<br><br>*[No Hearing Required Unless Requested]* |

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Francisco, State of California.  My business address is Four Embarcadero Centerr 17th Floor, San Francisco, CA 94111.

On **March 22, 2018**  I served the following documents described as follows:

**NINTH MOTION TO EXTEND DEADLINE TO OBJECT TO CLAIMS;**

**NOTICE AND OPPORTUNITY FOR HEARING ON NINTH MOTION TO EXTEND DEADLINE TO OBJECT TO CLAIMS;**

**DECLARATION OF MICHAEL M. LAUTER IN SUPPORT OF NINTH MOTION TO EXTEND DEADLINE TO OBJECT TO CLAIMS**

1    on the interested parties in this action as follows:

2   ☒    **BY CM/ECF NOTICE OF ELECTRONIC FILING**:  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the
3    case who are registered CM/ECF users will be served by the CM/ECF system.

4    *See attached Service List*

5   ☒    **BY MAIL:**  I enclosed the document(s) in sealed envelopes and/or packages addressed to the persons at the addresses listed on the Service List and placed the envelops for
6    collection and mailing, following our ordinary business practices.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under
7    that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.
8    I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for
9    mailing in affidavit.

10    *See attached Service List*

11   ☐    **STATE:**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

12   ☒    **FEDERAL:**  I declare that I am employed in the office of a member of the bar of this
13    Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

14    Executed on **March 22, 2019**, at San Francisco, California.

15

16

17                      */s/ Laverna Henry*
                     Laverna Henry

18

19

20

21

22

23

24

25

26

27

28

SMRH:489866940.1                                       CERTIFICATE OF SERVICE

**ECF SERVICE LIST**

- Daniel M. Anderson     daniel.anderson@icemiller.com, sandy.heaberlin@icemiller.com

- Herb Baer     hbaer@primeclerk.com, ecf@primeclerk.com

- Geva Baumer     geva@baumeratlaw.com

- Michael D. Cooper     mcooper@wendel.com, bankruptcy@wendel.com

- Laura E. Curtis     , mmarshall@littler.com

- Todd Dressel     tdressel@mcguirewoods.com, JTabisaura@mcguirewoods.com

- Robert K. Edmunds     redmunds@parksandsolar.com

- Scott Fink     brodellecf@weltman.com

- Sid Garabato     sgarabato@epiqsystems.com

- Matthew A. Gold     courts@argopartners.net

- Debra I. Grassgreen     , hphan@pszjlaw.com

- Lisa A. Holder     lholder@kleinlaw.com, ecf@kleinlaw.com

- Andrew P. Holland     aholland@thoits.com, khourmand@thoits.com

- Nancy J. Johnson     njj@berliner.com

- David C. Johnston     david@johnstonbusinesslaw.com

- Gary M. Kaplan     gkaplan@fbm.com, calendar@fbm.com

- Ori Katz     okatz@sheppardmullin.com, LSegura@sheppardmullin.com

- Lynette C. Kelly     lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov

- K. Kenneth Kotler     kotler@kenkotler.com

- Richard A. Lapping     rich@trodellalapping.com

- Michael Lauter     mlauter@sheppardmullin.com

- Kenneth T. Law     klaw@bbslaw.com

- Iain A. Macdonald     iain@macfern.com, ecf@macfern.com

- Michael W. Malter     michael@bindermalter.com

- Dennis D. Miller     dmiller@lubinolson.com

- Kathleen M. Miller     kmiller@skjlaw.com

SMRH:489866940.1                    CERTIFICATE OF SERVICE

- Kevin M. O'Malley     Omalley@BlankRome.com
- Office of the U.S. Trustee/Oak     USTPRegion17.OA.ECF@usdoj.gov
- Kristina Parson     kristina@bindermalter.com, becky@bindermalter.com
- Ryan Penhallegon     rpenhallegon@structurelaw.com, ccavazos@structurelaw.com
- Mark D. Poniatowski     ponlaw@ponlaw.com
- Julie H. Rome-Banks     julie@bindermalter.com
- Alan J. Romero     ajr@romerolaw.com, firm@romerolaw.com
- Sblend A. Sblendorio     sas@hogefenton.com
- Martha J. Simon     mjs@mjsimonlaw.com, mjsecf@gmail.com
- Alan D. Smith     adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Wendy W. Smith     Wendy@bindermalter.com
- Louisa A. Soulard     Soulard.Louisa@pbgc.gov, efile@pbgc.gov
- Cynthia Stier     cynthia.stier@usdoj.gov
- Sarah M. Stuppi     sarah@stuppilaw.com
- Marcel Weiland     mpw@seethebenefits.com, kwr@seethebenefits.com
- Douglas Wolfe     dwolfe@asmcapital.com

**U.S. MAIL SERVICE LIST**

Office of the U.S. Trustee
1301 Clay Street, Suite 690n
Oakland, CA 94612-5217

SMRH:489866940.1                                                                CERTIFICATE OF SERVICE