## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| In Re | ) |  |
| SECOND STREET PROPERTIES | ) | Case No. 14-41045-RLE |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

## REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC SERVICE LIST

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

Attorney Alan J. Romero, former counsel of record for Creditor PROMINENT SYSTEMS, INC. ("Former Counsel") hereby respectfully requests removal from the CM/ECF electronic service list in the instant action.

Respectfully submitted,

Dated: July 17, 2019

Alan J. Romero (CA 249000)
ROMERO LAW, APC
80 S. Lake Avenue, Suite 880
Pasadena, CA 91101-2672
(626) 396-9900
ajr@romerolaw.com

*Former Counsel for Creditor*
*PROMINENT SYSTEMS, INC.*

1